AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| ADVANCED FLOWER CAPITAL INC. and AFC AGENT LLC, | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 1:25-cv-02996-PKC |
| MICHAEL KANOVITZ and JON LOEVY | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Kanovitz and Jon Loevy                         .

Date: 04/22/2025

/s/ Michael B. Homer
*Attorney's signature*

Michael B. Homer (Bar No. 6194229)
*Printed name and bar number*

Dynamis LLP
225 Franklin St., 26th Floor
Boston, MA 02110

*Address*

mhomer@dynamisllp.com
*E-mail address*

(617) 693-9732
*Telephone number*

*FAX number*