AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Advanced Flower Capital, Inc. and AFC Agent LLC, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-02996-PKC |
| Michael Kanovitz and John Loevy ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Advance Flower Capital, Inc. and AFC Agent LLC.

Date: 05/27/2025

/s/ Kevin S. Reed
*Attorney's signature*

Kevin S. Reed
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, NY 10016
*Address*

kevinreed@quinnemanuel.com
*E-mail address*

(212) 849-7160
*Telephone number*

*FAX number*