AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Advanced Flower Capital, Inc. and AFC Agent LLC,
*Plaintiff*
v.   Case No. 1:25-cv-02996-PKC
Michael Kanovitz and John Loevy
*Defendant*

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Advance Flower Capital, Inc. and AFC Agent LLC   .

Date:   05/27/2025

/s/ Alex S. Zuckerman
*Attorney's signature*

Alex S. Zuckerman
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, NY 10016
*Address*

alexzuckerman@quinnemanuel.com
*E-mail address*

(212) 849-7234
*Telephone number*

*FAX number*