UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Advanced Flower Capital Inc. and AFC Agent LLC,<br><br>  Plaintiffs,<br><br>  -against-<br><br>Michael Kanovitz and Jon Loevy,<br><br>  Defendants. | Case No. 1:25-cv-02996 (PKC) |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Upon the motion of O'Melveny & Myers, counsel for Plaintiffs Advanced Flower Capital Inc. and AFC Agent LLC ("AFC"), **IT IS HEREBY ORDERED** that:

> Abby F. Rudzin
> William J. Martin
> Alexander C. Miller
> O'MELVENY & MYERS LLP
> 1301 Ave. of the Americas, 17th Fl.
> New York, NY 10019
> Ph: (212) 326-2000
> Fx: (212) 326-2061

are permitted to withdraw as counsel of record for AFC in the above-captioned case for this Court. The Clerk of this Court is hereby directed to remove the above attorneys as counsel of record for Plaintiffs AFC.

**IT IS SO ORDERED:**

_____
Judge P. Kevin Castel

6/3/2025