UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED FLOWER CAPITAL INC. and AFC AGENT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL KANOVITZ and JON LOEVY, <br><br> Defendants. | No. 1:25-cv-02996 (PKC) <br><br><br> ORAL ARGUMENT REQUESTED |

### NOTICE OF MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

**PLEASE TAKE NOTICE** that Defendants Michael Kanovitz and Jon Loevy, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Transfer Venue to the United States District Court for the District of New Jersey, dated July 25, 2025, will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, at a date and time convenient for the Court, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, Courtroom 11D, for an Order pursuant to 28 U.S.C. § 1404(a) transferring this action to the United States District Court for the District of New Jersey.

Dated: July 25, 2025

*/s/ Michael B. Homer*
Michael B. Homer
Constantine P. Economides
DYNAMIS LLP
175 Federal Street, Suite 1200
Boston, MA 02110
(617) 693-9732
mhomer@dynamisllp.com

*Counsel for Defendants Michael Kanovitz and Jon Loevy*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on July 25, 2025, via the Court's ECF system.

*/s/ Michael B. Homer*
Michael B. Homer
