# **EXHIBIT 2**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**HAYDEN GATEWAY LLC,** *et al.*,

Plaintiffs,

v.

**ADVANCED FLOWER CAPITAL INC.,** *et al.*,

Defendants.

Civil Action No. 25-2789 (ZNQ) (JBD)

**PRELIMINARY INJUNCTION ORDER**

**QURAISHI, District Judge**

  **THIS MATTER** comes before the Court upon a Motion for a Preliminary Injunction filed by Plaintiffs Hayden Gateway LLC and Bloc Dispensary LLC ("Plaintiffs"). ("Motion," ECF No. 7.) For the reasons set forth in the accompanying Opinion,

  **IT IS** on this **9th** day of **May 2025**,

  **ORDERED** that the Motion (ECF No. 7) is hereby **GRANTED**; it is further

  **ORDERED** that the Court hereby **DECLARES** that, as of the date of this Order, Plaintiffs are not in breach or default of the parties' Credit Agreement and 2024 Forbearance Agreement; it is further

  **ORDERED** that Defendants Advanced Flower Capital Inc. and AFC Agent LLC and their officers, agents, servants, employees, and attorneys, as well as other persons who are in active concert or participation therewith (collectively "Defendants") are hereby **ENJOINED** from seizing any of Plaintiffs' assets or cash (beyond the permitted scheduled cash sweeps) or seeking any remedy for default that is inconsistent with the parties' oral Reopening Agreement with respect to Plaintiffs' Pennsylvania cultivation facility; it is further

**ORDERED** that Defendants are hereby **ENJOINED** from seizing any of Plaintiffs' assets or cash (beyond the permitted scheduled cash sweeps) or seeking any remedy for default that is inconsistent with the parties' oral agreement waiving the requirement that Plaintiffs submit audited financial statements to Defendants in 2023 or 2024; it is further

**ORDERED** that Defendants are hereby **ENJOINED** from seizing any of Plaintiffs' assets or cash (beyond the permitted scheduled cash sweeps) or seeking any remedy for default on the basis that Plaintiffs failed to obtain a final certificate of occupancy for Plaintiffs' Ewing, New Jersey, facility by May 15, 2024; it is further

**ORDERED** that security is set in the amount of $1 million; it is further

**ORDERED** that the injunctions in this Order do not become effective until Plaintiffs post their $1 million security; and it is further

**ORDERED** that the stay on Defendants' deadline to respond to the Complaint is hereby **LIFTED**; the parties are ordered to meet and confer and file by **May 19, 2025** a proposed schedule for Defendants to respond to the Complaint.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
