UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ADVANCED FLOWER CAPITAL INC.
and AFC AGENT LLC,

                       Plaintiffs,                       25-cv-2996 (PKC)

       -against-                            ORDER

MICHAEL KANOVITZ and JON LOEVY,

                       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Due to the pendency of the motion to transfer and the motion to dismiss the Amended Complaint, the pretrial conference currently scheduled for October 24, 2025, is vacated.

       SO ORDERED.

                                                     P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       October 23, 2025