UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED FLOWER CAPITAL INC. and AFC AGENT LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>MICHAEL KANOVITZ and JON LOEVY,<br><br>     Defendants. | Civil Action No. 1:25-cv-02996-PKC<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Jacqueline M. Stykes of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 295 Fifth Avenue, New York, NY 10016, hereby appears on behalf of Plaintiffs Advanced Flower Capital Inc. and AFC Agent LLC in the above-captioned action.  I hereby certify that I am admitted to practice before this Court.

                 Respectfully submitted,

Dated:  New York, New York
    December 12, 2025

                 */s/ Jacqueline M. Stykes*
                 Jacqueline M. Stykes
                 QUINN EMANUEL URQUHART &
                 SULLIVAN, LLP
                 295 Fifth Avenue, 9th Floor
                 New York, New York 10016
                 Telephone: (212) 849-7000
                 jacquelinestykes@quinnemanuel.com

                 *Attorney for Plaintiffs*