

Michael B. Homer
(617) 693-9732
mhomer@dynamisllp.com

April 10, 2026

**By ECF**

The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

      Re:    *Advanced Flower Capital Inc., et al. v. Loevy* [**1:25-cv-02996-PKC**]

Dear Judge Castel:

      Defendant Jon Loevy, through undersigned counsel, respectfully submits this unopposed request for a two-week extension—from April 15, 2026, to April 29, 2026—of Defendant's time to answer the Amended Complaint (Dkt. 24). Pursuant to the Court's Individual Practices, we note that there are no upcoming conferences currently scheduled before the Court.

      Defendant requests this brief extension of time because of a sudden family medical emergency affecting Mr. Loevy's father, requiring Mr. Loevy's immediate attention. Defendant can provide the Court with details of this medical emergency should the Court so desire.

      This is Defendant's first adjournment request for answering the Amended Complaint. Plaintiffs consent to the requested adjournment.

                                     Respectfully,

                                     */s/ Michael B. Homer*
                                     Michael B. Homer
                                     Constantine P. Economides
                                     DYNAMIS LLP
                                     175 Federal Street, Suite 1200
                                     Boston, MA 02110
                                     (t) 617-693-9732
                                     mhomer@dynamisllp.com

                                     *Counsel for Jon Loevy*

CC: Counsel of Record