

# DYNAMIS LLP

Michael B. Homer
(617) 693-9732
mhomer@dynamisllp.com

April 10, 2026

**By ECF**

The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

*[Handwritten: Time for defendts to answer extended to April 29, 2026. SO ORDERED /s/ [signature] USDJ 4-10-26]*

Re:   *Advanced Flower Capital Inc., et al. v. Loevy* [1:25-cv-02996-PKC]

Dear Judge Castel:

Defendant Jon Loevy, through undersigned counsel, respectfully submits this unopposed request for a two-week extension—from April 15, 2026, to April 29, 2026—of Defendant's time to answer the Amended Complaint (Dkt. 24). Pursuant to the Court's Individual Practices, we note that there are no upcoming conferences currently scheduled before the Court.

Defendant requests this brief extension of time because of a sudden family medical emergency affecting Mr. Loevy's father, requiring Mr. Loevy's immediate attention. Defendant can provide the Court with details of this medical emergency should the Court so desire.

This is Defendant's first adjournment request for answering the Amended Complaint. Plaintiffs consent to the requested adjournment.

Respectfully,

*/s/ Michael B. Homer*
Michael B. Homer
Constantine P. Economides
DYNAMIS LLP
175 Federal Street, Suite 1200
Boston, MA 02110
(t) 617-693-9732
mhomer@dynamisllp.com

*Counsel for Jon Loevy*

CC: Counsel of Record